**UNITED STATES DISTRICT COURT,**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY JOHNSON,<br><br>            Plaintiff,<br>    vs.<br><br>ADRIENNE SIMONE; TODD LATIN;<br>WALID ZOGHBI; GINA ZOGHBI;<br>and DOES 1 through 10,<br><br>            Defendants. | Case No.: 2:08-CV-01455-MCE-EFB<br><br>**ORDER RE DEFENDANTS WALID ZOGHBI AND GINA ZOGHBI'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

GOOD CAUSE APPEARING, Defendants WALID ZOGHBI and GINA ZOGHBI's responsive pleading to Plaintiff's Complaint is due after this Court determines the merits of Plaintiff's Motion to Amend the Complaint. The responsive pleading will be due not later than twenty (20) days after the ruling on Plaintiff's Motion To Amend the Complaint is filed.

Dated: August 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-1-