UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY JOHNSON,                               NO. 2:08-cv-1455-MCE-EFB

      Plaintiff,

  v.                                        ORDER

ADRIENNE SIMONE; TODD LATIN;
WALID ZOGHBI; GINA ZOGHBI;
and Does 1 through 10,

      Defendants.

----oo0oo----

On September 15, 2008, following its review of the Complaint in this matter filed on June 24, 2008, the Court issued an Order to Show Cause as to why the case should not be dismissed for lack of federal jurisdiction since no basis for such jurisdiction appeared on the face of Plaintiff's Complaint.  On September 26, 2008, Plaintiff filed a brief in support of federal jurisdiction asserting a purported right to privacy claim sounding under the provisions of the United States Constitution, as well as an allegation that Plaintiff was entitled to pursue a claim under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 et seq. ("RICO").

1

1   On October 15, 2008, Plaintiff filed a motion seeking leave
2 to amend his complaint to include his purported RICO claim as a
3 basis for federal jurisdiction.  Plaintiff's Motion in that
4 regard is scheduled to be heard on December 5, 2008.  Given said
5 filing, the Court will defer on making any decision as to the
6 propriety of federal jurisdiction in this matter until after
7 Plaintiff's Motion is fully briefed and heard.
8   IT IS SO ORDERED.
9
 Dated: October 27, 2008
10
11                                    _____
12                                    MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE
13

2